IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-252-D
No. 5:15-CV-41-D
No. 5:16-CV-876-D

| | |
|---|---|
| LARRY MAX MCDANIEL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Respondent. ) | |

Larry Max McDaniel, appearing pro se, filed a request for copies of discovery documents and bill of particulars [D.E. 134]. McDaniel may consult with his former counsel about obtaining copies of discovery documents concerning his case. The request for a bill of particulars is untimely and baseless. The motion to obtain copies of discovery documents and bill of particulars [D.E. 134] is DENIED.

SO ORDERED. This 14 day of November 2017.

JAMES C. DEVER III
Chief United States District Judge